

Vivian Rivera Drohan
T: (212)710-0004
vdrohan@dlkny.com

October 24, 2024

**VIA ECF**
Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *E.F.A. et al v. N.Y.C Dep't of Educ.,* 24-cv-1628 (JLR)(RFT)

Dear Magistrate Judge Tarnofsky,

    We represent Defendant in the above-referenced action wherein Plaintiffs seek attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

    I write to respectfully request the adjournment of the Telephonic Conference Call ("Conference") scheduled for October 29, 2024, before Your Honor, to October 30, 2024, or to a future date convenient to the Court. I respectfully inform the Court that I will be out of the country and unavailable to attend the Conference from October 25, 2024, to November 8, 2024. However, I will have telephone and internet access on October 30, 2024, and would be able to attend the Conference on that day, or at a later date, at the Court's convenience.

    I have made several attempts to reach Plaintiffs' counsel, but we reasonably have not heard back due to the religious holiday. While we would have preferred to wait until we received their consent, due to the upcoming Conference on Tuesday, I believed it best to submit this request now to ensure the Court has sufficient time to review this submission.

    Thank you for Your Honor's time and consideration of this request.

> The conference is adjourned sine die. The parties' proposed briefing schedule is so ordered. No further extensions of the schedule will be granted absent very good cause shown. The Clerk of Court is respectfully requested to terminate ECF 23 and ECF 25.
>
> Date: 10/25/2024  SO ORDERED
> New York, NY
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

By: */s/ Vivian Rivera Drohan*
Vivian Rivera Drohan

Drohan Lee LLP | 5 Penn Plaza, 19th Floor, New York, NY 10001   main: (212) 710-0000   www.dlkny.com