

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2242
Direct Fax: 718 744-9753

sbiegacz@saccofillas.com
www.saccofillas.com

Tonino Sacco*
Elias N. Fillas
Luigi Brandimarte*

Joseph Badalov
James R. Baez*
Alexander Berger*
Boris Bernstein*
Eric S. Cantor
Joanne Ciaramella
David A. Craven
Alex Diaz
Kurt A. Doiran
Zachary S. Kaplan
Ronald. B Groman
Michelle Jablonski
James Y. Kim
Joseph Katz
Elliot L. Lewis
Patricia R. Lynch
Albert R. Matuza, Jr.
Russel T. McHugh
Lamont K. Rodgers
Richard E. Schirmer
Morris J. Schlaf
David E. Silverman
Cindy S. Simms
Michael A. Simon
U. William Sung
Michael S. Warycha
Dana M. Whitfield
James A. Wolff
*Also admitted in New Jersey

Bayside Office:

42-40 Bell Boulevard
Suite 301
Bayside, NY 11361

December 5, 2024

Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312
*Via Upload to PACER/CMECF*

Re: **E.F.A. et al v. N.Y.C Dep't of Educ., 24-cv-1628 (JLR)(RFT)**
**Request to File Redacted Documents**

Dear Judge Tarnofsky:

This office represents Plaintiffs in the above-referenced action, where Plaintiffs seek attorney's fees and expenses for work performed in an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, et seq., along with fees for the current Federal action.

I write this request in light of the Court's opinions in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006) and *Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016).

Plaintiffs herein request the Court's approval to file the attached documents in redacted form to protect I.A. (the minor plaintiff) and E.F.A.'s (minor plaintiff's parent) personally identifiable information pursuant to 20 U.S.C. 1400 and 34 CFR § 303.401. The documents will be attached as exhibits to Plaintiffs' motion for summary judgment.

---

Application GRANTED. ECF 29 shall remain sealed with access granted to the parties and court personnel.

The Clerk of Court is respectfully directed to terminate ECF 28.

Dated: December 6, 2024
New York, New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE



31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

To safeguard the Plaintiffs' privacy, the following information was redacted from the attached documents:

1) The Plaintiffs' address;
2) E.F.A.'s name, signature, phone number and e-mail address.

The following redacted documents are attached:

Exhibit A – Due Process Complaint
Exhibit B – Amended Finding of Fact and Decision- Due Process Claim
Exhibit C – Notice of Claim, with Exhibits
Exhibit D – Administrative Claim Invoice
Exhibit E – Fee Claim Invoice
Exhibit F – Retainer Agreement

I will contemporaneously file sealed copies of the original, unredacted documents per the Part Rules.

Plaintiffs respectfully request that this request for redaction be granted, within the Court's discretion.

Respectfully,

By: Shira J. Biegacz

cc:   All Counsel of Record
      *Via upload to PACER/CMECF*