UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.F.A., et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

24-CV-01628 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The appellant in *Y.G.* filed a petition seeking rehearing en banc. The Court deems it prudent to reinstate a stay pending the Second Circuit's decision on the petition and the issuance of an associated Mandate. The parties must submit a joint letter by **two weeks after the Second Circuit resolves the above-referenced petition**. The Clerk of Court is respectfully requested to **STAY** this case.

DATED: August 8, 2025
          New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge