UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E.F.A., et al.,

                Plaintiffs,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

24-CV-1628 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 14, 2025, the parties submitted a joint letter informing the Court that the Second Circuit had declined a rehearing of the consolidated appeals in *Y.G.* and had subsequently issued a mandate. (ECF 59, Letter.) Accordingly, the stay is lifted.

The Clerk of Court is respectfully requested to remove the case-stay flag.

DATED: October 14, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge