**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
E.F.A. et al.,

                      Plaintiffs,                  24 **CIVIL** 1628 (JAV)(RFT)

      -against-                      **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                   Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated February 13, 2026, Plaintiffs' objections are OVERRULED, and the R&R is ADOPTED in full. The summary judgment motion is GRANTED IN PART, and Plaintiff is awarded $23,699.70 in attorneys' fees and costs, plus post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
       February 19, 2026

                                     **TAMMI M. HELLWIG**

                                     **Clerk of Court**

              **BY:**              K. Mango

                                     **Deputy Clerk**